IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST TUSKEGEE BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:10-CV-462-MEF |
| ) | |
| STEPHANIE Y. ADAMS, *et al.,* ) | (WO - DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

## **ORDER**

This interpleader action is before the Court on the United States' Motion for Default Judgment (Doc. # 34), filed April 19, 2011.  The United States seeks a default judgment against Defendant Stephanie Y. Adams on it's cross claim for the interpleaded funds.

It is hereby ORDERED that the motion is GRANTED.  Accordingly, the Clerk of the Court, without further Order, is hereby DIRECTED and AUTHORIZED to draw a check on the funds on deposit in the Commercial Registry Account and DISBURSE just compensation, in the principal sum of $16,089.54, plus 90% of accrued interest, in a check made payable to the United States Treasury.

Said check should be mailed to Gregory L. Jones, attorney for the United States, at P.O. Box 14198, Washington, D.C. 20044.  The balance of 10% of accrued interest shall be paid to the U.S. Treasury as a handling fee pursuant to 28 U.S.C. § 1914(b) and FRDOC 91-

26415 reported at 56 Fed. Reg. 56356 and directions received from the Administrative Office of U.S. Courts on February 7, 1992.

A separate final judgment will be entered in this case.

Done this the 25th day of April, 2011.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE