IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST TUSKEGEE BANK, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-462-MEF |
| STEPHANIE Y. ADAMS, *et al.,* | ) (WO - DO NOT PUBLISH) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

(1) Judgment is entered in favor of the United States, and against Stephanie Adams.

(2) Costs are hereby TAXED against Stephanie Adams and in favor of the United States, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 25th day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE